IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KATHRYN N. McVICKER, JUDY M. WILHOIT, BRANDY L. McCUSKER, and KRISTINA E. MOFFITT, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>RECREATIONAL RESORTS, LTD.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV_____<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

The undersigned, a current or former employee of Recreational Resorts, LTD., hereby consents to become a party to the Complaint filed in this action, effective this 19 day of July, 2010.

_Kathryn McVicker_
Signature

_Kathryn McVicker_
Print Name

EXHIBIT
1