IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KATHRYN N. McVICKER, JUDY M. WILHOIT, BRANDY L. McCUSKER, and KRISTINA E. MOFFITT, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>RECREATIONAL RESORTS, LTD.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV_____<br>)<br>)<br>)<br>) |

### CONSENT TO BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

The undersigned, a current or former employee of Recreational Resorts, LTD., hereby consents to become a party to the Complaint filed in this action, effective this _19_ day of __July__, 2010.

_Judy M. Wilhoit_
Signature

_Judy M Wilhoit_
Print Name

**EXHIBIT 2**