IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KATHRYN N. McVICKER, JUDY M. WILHOIT, BRANDY L. McCUSKER, and KRISTINA E. MOFFITT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RECREATIONAL RESORTS, LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV_____<br>)<br>)<br>)<br>) |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

  The undersigned, a current or former employee of Recreational Resorts, LTD., hereby consents to become a party to the Complaint filed in this action, effective this __19__ day of __July__, 2010.

_____
Signature

__Brandy L. McKusker__
Print Name

**EXHIBIT 3**