IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| KATHRYN N. McVICKER, JUDY M. WILHOIT, BRANDY L. McCUSKER, and KRISTINA E. MOFFITT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RECREATIONAL RESORTS, LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:10CV_____ ) ) ) ) ) |

## CONSENT TO BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

The undersigned, a current or former employee of Recreational Resorts, LTD., hereby consents to become a party to the Complaint filed in this action, effective this 19 day of July, 2010.

_____
Signature

_Kristina E. Moffitt_
Print Name

EXHIBIT
4